Law Office of

# DANNY D. BRACE, JR.

901 H Street, Suite 500
Sacramento, CA  95814

## (916) 552-6660
*fax (916) 447-0592*
*email dbrace@bracelaw.com*
*sharon@bracelaw.com*
_____

September 29, 2008

MEMORANDUM

To:  Harry Vine, Courtroom Clerk to
the Honorable John A. Mendez

From:  Sharon Kae Chilton,
Legal Assistant to Danny D. Brace, Jr.

Subject:  United States v. Juan Navarro
          2:07 cr 00485-03  JAM

This Memorandum is to confirm defense counsels' request to continue the Judgment and Sentencing currently scheduled for October 7, 2008 to Tuesday, November 25, 2008, at 9:30 a.m.

The Courtroom Clerk has been notified and Assistant United States Attorney Mary Grad and United States Probation Officer George Vidales have no objections to the new scheduled date.

/sc