**FILED**
OCT -1 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

07CR0485-JAM

Saturday Sept. 27, 2008

To: The Honorable Judge John A. Mendez
United States of Easter District of California.
From: Juan Navarro
X 4381690

I hope when you recieve this letter you are doing well.

I know your Honor that you are a very busy man but I trully hope you may be able to take a little time off your busy schedule to read this letter and hopefully you won't have to much trouble understanding my lousy writting.

Your Honor I would like to tell you a little bit about my situation — First of all I want to let you know that I am trully sorry and remorseful for all the trouble I have caused this state and this great Nation. I'm also sorry for my stupidity and ignorance in getting involve in all this, I have made a very serious mistake and I understand that now I'm paying for it. I also realize that I have made many stupid and inexcusable mistakes in my life but I have also paid dearly for most of them and I thank God I have never hurt anyone physically because of them. Emotionally thats another story. Emotionally I have hurt some of the people that I love the most in this world, mainly my sweet Mom, and God knows she does not deserve this from me or anybody else for that matter.

I am so sorry for all the emotional pain and suffering I am putting her through. I trully wish your Honor, that I may be given another chance to make it up to her. You see your Honor my Mom is going to turn 74 years old on October 9th and I live in fear that something might happen to her and that I might not be there for her/with her. Since I got arrested she's aged atleast five years and she's alot more fragile. I could only imagine all the pain she's going through in thinking that she may never see me free again.

Your Honor, this lady means everything to me and I beg you to please if at all possible to be lenient with me so I could have another chance at having a some what normal life and try to make it up to her. My Mother has had a hard life being a single mom (my father died when I was six and she never remarried, never even had a boyfriend) mainly because of all the stupid mistakes I've made in my life, my incarceration is making her life even harder and I have only myself to blame. Your Honor, I promise with all that I love that I will never break the law again. I won't let you down wether your lenient with me or not but I trully wish you have mercy on me, I ask you not only for my sake but for my loved one's as well. Thank you for your time and consideration and God bless.

FILED
DEPUTY CLERK
EASTERN DISTRICT OF CALIFORNIA
CLERK, U.S. DISTRICT COURT
2008 -I 00