| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | HEATHER E. WILLIAMS, Bar #122664<br>Federal Defender<br>DAVID M. PORTER, Bar #127024<br>Assistant Federal Defender<br>Counsel Designated for Service<br>801 I Street, 3rd Floor<br>Sacramento, California 95814<br>Telephone: (916) 498-5700<br><br>Attorneys for Defendant<br>JUAN NAVARRO |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>JUAN NAVARRO,<br><br>               Defendant. | No. Cr. S 07-485 JAM<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable JOHN A. MENDEZ |

Defendant, JUAN NAVARRO, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On March 10, 2009, this Court sentenced Mr. Navarro to a term of 120 months imprisonment;

3. His total offense level was 33, his criminal history category was IV, and the resulting guideline range was 188 to 235 months;

1     4.   On government motion, Mr. Navarro received a downward departure from the
low end of the guideline range, to receive a term of 120 months;

5.   The sentencing range applicable to Mr. Navarro was subsequently lowered by the
United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014,
see 79 Fed. Reg. 44,973;

6.   Mr. Navarro's total offense level has been reduced from 33 to 31, his amended
guideline range is 151to188 months, and a reduction to a comparable point below the new range
would produce a term of 96 months; and,

7.   Accordingly, the parties request the Court enter the order lodged herewith
reducing Mr. Navarro's term of imprisonment to a total term of 96 months.

Respectfully submitted,

Dated: February 19, 2015                    Dated:  February 19, 2015

BENJAMIN B. WAGNER                          HEATHER E. WILLIAMS
United States Attorney                      Federal Defender


 /s/ *Jason Hitt*                            /s/ *David M. Porter*
JASON HITT                                  DAVID M. PORTER
Assistant U.S. Attorney                     Assistant Federal Defender

Attorney for Plaintiff                      Attorney for Defendant
UNITED STATES OF AMERICA                    JUAN NAVARRO

## ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Navarro is entitled to the benefit Amendment 782, which reduces the total offense level from 33 to 31, resulting in an amended guideline range of 151 to 188 months. A reduction comparable to the one received at the original sentencing would yield a sentence of 96 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in March 2009 is reduced to a term of 96 months.

1    IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Navarro shall report to the United States Probation Office within seventy-two hours after his release.

Dated:   February 23, 2015

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge